FILED
Grant County Circuit Court

FEB 05 2024

Time: 8:05am By: LF

_Verified Correct Copy of Original 2/5/2024._

IN THE CIRCUIT COURT OF THE STATE OF OREGON

IN AND FOR THE COUNTY OF GRANT

| STATE OF OREGON, | Case No: 24CR06021 |
| Plaintiff, | DA Case No. 0010497 |
| vs. | INDICTMENT |
| RICKY LANE SNODGRASS | |
| Defendant. | |

The above-named defendant is accused by the Grand Jury of Grant County, State of Oregon, by this Indictment of the following offenses:

Count 1
RECKLESS BURNING
(ORS 164.335 - Class A Misdemeanor)

The defendant, on or about October 19, 2022, in Grant County, Oregon, did unlawfully and recklessly damage timber and range land, the property of Windy Point Cattle Co., by fire.

Dated at Canyon City, this  2  day of  febuary , 2024.

Witnesses who testified before the Grand Jury in person (unless otherwise indicated):

A  true  Bill.

Todd McKinley, GCSO

_____
Foreman of the Grand Jury

The names of those whose reports were received pursuant to ORS 132.320(2)

_____
JIM CARPENTER; OSB #004361
Grant County District Attorney

-1- INDICTMENT

DISTRICT ATTORNEY FOR GRANT COUNTY
201 S HUMBOLT ST
CANYON CITY, OR 97820
TELEPHONE (541) 575-0146
FACSIMILE (541) 575-0173
carpenterj@grantcounty-or.gov

Notice of Removal - Exhibit 1
Page 1 of 1