Verified Correct Copy of Original 2/5/2024.

| | |
|---|---|
| 1 | IN THE CIRCUIT COURT OF THE STATE OF OREGON |
| 2 | IN AND FOR THE COUNTY OF GRANT |

STATE OF OREGON,
    Plaintiff,

vs.

RICKY LANE SNODGRASS
    Defendant.

Case No: 24CR06021
DA Case No. 0010497

CITATION

### IN THE NAME OF THE STATE OF OREGON

TO: Ricky Lane Snodgrass     210 Adams Dr     Canyon City, OR     Defendant

A Complaint, duly verified, having been filed in the Grant County CIRCUIT Court this day alleging that the offense of RECKLESS BURNING has been committed. You are therefore hereby commanded to appear on the __4th__ day of __March__, 2024, at __1:00__ AM/**PM** before said Court, Grant County Courthouse, Canyon City, Oregon, in said County and State.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court this __5th__ day of __February__, 2024.

Samantha Dowell, Trial Court Administrator

By: _____
    Lilly Foster, CUS

STATE OF OREGON    )
                               :ss
County of Grant        )

I hereby certify that the within citation was received by me on the ____ day of _____, 2024, and the same was served on the ____ day of _____, 2024, at _____.

_____
Sheriff/Deputy

### NOT FOUND RETURN

After due and diligent search and inquiry, I have been unable to find the within named defendant within said County and State.

Service attempts: _____

Sheriff / Deputy
For_____, County, Oregon
Dated _____

-1- CITATION

DISTRICT ATTORNEY FOR GRANT COUNTY
201 S HUMBOLT ST
CANYON CITY, OR 97820
TELEPHONE (541) 575-0146
FACSIMILE (541) 575-0173
mailto:carpenterj@grantcounty-or.gov

Notice of Removal - Exhibit 2
Page 1 of 1