24CR06021

IN THE CIRCUIT COURT FOR THE STATE OF OREGON

FOR THE COUNTY OF GRANT

| | |
|---|---|
| STATE OF OREGON,<br>                Plaintiffs,<br><br>v.<br><br>RICKY LANE SNODGRASS,<br><br>                Defendants. | Case No. 24CR06021<br><br>ORDER ON<br>DEFENDANT'S UNOPPOSED MOTION<br>TO RESCHEDULE ARRAIGNMENT |

The court, being fully advised, hereby ORDERS that defense's unopposed motion to reschedule arraignment is:

   X  Granted                                                                         Denied

Defendant's arraignment is scheduled for: February 16, 2024 at 10:00 am

Dated this _____ day of February, 2024
2/7/2024 8:06:44 AM

_____
Robert S. Raschio, Circuit Court Judge

Grant County Circuit Court Judge

Order prepared by: ANGELI LAW
GROUP LLC
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Notice of Removal - Exhibit 4

ORDER - 1

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing to be served on the Plaintiff, Jim Carpenter of the Grant County District Attorney's Office at the following addresses:

| | | |
|---|---|---|
| Jim Carpenter | ____ | By hand delivery |
| Grant County District Attorney's Office | x | By first-class mail* |
| 201 S Humbolt Ste 100 | ____ | By email |
| Canyon City, OR 97820 | ____ | By overnight mail |
| carpenterj@grantcounty-or.gov | ____ | By facsimile transmission |
| | ____ | Fax #: |
| | ____ | Ph #: |

DATED this 5th day of February, 2024.

**ANGELI LAW GROUP LLC**

By: s/ Michelle Holman Kerin
MICHELLE HOLMAN KERIN, OSB#965278

CERTIFICATE OF SERVICE - 1

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880
Notice of Removal - Exhibit 4