FILED
Grant County Circuit Court

OCT 20 2022

Time: 8:45am By: LF

IN THE **CIRCUIT** COURT OF THE STATE OF OREGON
FOR THE COUNTY OF **GRANT** ☐

CONDITIONAL RELEASE AGREEMENT

☑ CONDITIONAL

| SECURITY | Full Security $ | | Posted 10% $ | | Bail Receipt # | |
|---|---|---|---|---|---|---|

| STATE vs. Snodgrass, Ricky Lane | | Case #: | Charges: | Control #: |
|---|---|---|---|---|
| DOB: | | | | |
| Home Add: | | | Reckless Burning | JGRA122002153 |
| Mailing Add: | | | | |
| City State Zip: | | | | |
| Phone: | Cell: | | | |
| Email: | | | | |

## CALL THE COURT BEFORE YOU APPEAR AS YOUR COURT DATE MAY CHANGE:

Grant County Circuit Court - 541-575-1438 - 201 S. Humbolt St., Suite 300 Canyon City, OR 97820 ☐

~~DATE: 11-19-22~~   ~~TIME: 1:00 PM~~   4/1/2024 @ 8:30 PM   2/26/2024 12:54:26 PM

Pursuant to the provision of ORS 135.250, I, the defendant named above, have read, understand, and hereby agree to the following conditions:

1. To appear personally and in person at all times and places ordered by the Court until discharged or final order of the Court.

2. I will not leave the State of Oregon without signing a waiver of extradition and without approval of the court.

3. That if I fail to appear at my scheduled Court appearance and I am apprehended outside the State of Oregon, I hereby waive extradition.

4. To obey all Court orders and comply with any conditions the Court may impose.

5. To keep the Court, Jail and my attorney, advised of my whereabouts and employment at all times.
   Grant County Circuit Court - 541-575-1438; Grant County Jail - 541-575-1134   ☐

6. To obey all laws; Municipal, County, State and/or Federal.

7. Any bail posted on my behalf will be applied to any fines, costs, restitution, or child support owed in this or any other court.

8. That any breach of this agreement is punishable by contempt of Court and could result in re-arrest and the forfeiture of any bail posted, or additional prosecution for the separate crime of Failure to Appear punishable by imprisonment and fine.

9. If no charges are filed in a Court, this release expires after 30 days.

10. ☑ See page 2 and 3 for Enhanced Conditions if applicable.

I have read, understand, and agree to abide by the above listed conditions as well as any of the enhanced conditions listed on pages 2 and 3 of this release agreement.

Defendant's Signature _____   Date: 10-19-22

RELEASED this date: 10-19-22   Time: 1835

By: PRINT NAME: J. Clement

SIGNATURE: _____

Corrections Officer / Sheriff's Office Personnel

RELEASE CONTINUED this date: 3/6/2024

By: _____
Erin K Landis, Circuit Court Judge
3/6/2024 3:21:00 PM

Release Agreement – Page 1

10. Enhanced Conditions:

| | |
|---|---|
| ☐ | **3RD Party Custodian:** I understand the following person will supervise and by responsible for me while I am under this release agreement.<br><br>Name:                    Address:                    Phone:<br><br>\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***SUPERVISORY AGREEMENT (to be signed by 3rd party):**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*<br><br>I agree to supervise and be responsible for the above-named defendant and to notify<br>**SHERIFF PHONE NUMBERS**<br>immediately of any breach of this agreement and to make every effort to assure that the defendant appears at all scheduled hearings. I understand that to knowingly aid the defendant in any breach of this agreement or to knowingly fail to report such a breach is punishable by contempt of court.<br><br>Printed Name:                    Signature: _____    Date: |
| ☐ | **No Driving:** I am not to operate any motor vehicle unless properly licensed and insured. |
| ☐ | **No Intoxicants:** I will not use any intoxicants. I understand this includes consuming alcohol, marijuana in any form, or other controlled substances. I understand that I may be required to submit to a Urinalysis at my own expense that must be paid at the time of the collection. The fee is set by the sheriff and will be collected at the time of the request. I will not frequent places where alcohol or marijuana are main products sold. |
| ☐ | **Alcohol monitoring** |
| ☐ | **Ankle bracelets (electronic GPS) including SCRAM** |
| ☑ | **No Victim Contact:** I understand that I am prohibited from having any contact with the victim(s) of the crime(s) that I am alleged to have committed unless I have prior authorization of the Court. *(See 135.250, 135.247)*<br><br>2/26/2024 12:55:02 PM<br><br>Specifically: Chad Holliday, Tanna Holliday, Mandy Holliday or property<br>May have contact with property to provide emergency services.<br>Prohibited Contact Includes:<br>• Following the other person (victim)<br>• Waiting outside the home, property, place of work or school of the other person or a member of that person's household<br>• Sending or making written or electronic communication in any form to the other person, including but not limited to text messages or social media.<br>• Speaking with the other person by any means<br>• Communicating with the other person through a third person, including but not limited to text messages or social media.<br>• Committing a crime against the other person |
| ☐ | **No Offensive Contact:** I understand that I am prohibited from having any offensive contact with the alleged victim(s),<br><br>Specifically:<br><br>Offensive contact is defined as engaging in physical, sexual, or psychological abuse of another person.<br>• Physical Abuse is defined as any forceful or violent action directed at someone else<br>• Sexual Abuse is defined as any non-consenting (not freely agreed to) sexual act or behavior<br>• Psychological Abuse is defined as behaviors (words or actions) that are used to intimidate, create fear, or threaten another person |
| ☐ | **No Co-Defendant Contact:** I understand that I am to have no contact with the alleged co-defendant(s) in this matter.<br><br>Specifically: |

Release Agreement -- Page 2

**Report to Release Officer at:**
- [ ] Harney County Circuit Court • 541-573-5207 • 450 Buena Vista #16, Burns, OR 97720
- [ ] Grant County Circuit Court • 541-575-1438 • 201 S Humbolt St, Canyon City, OR 97820

**Pre-Case:**
- [ ] I understand I am to report to the Release Officer located in the Circuit Court Office for a period not more than 30 days from the date of my release. I may be required additional reporting upon case filing and order of the court at my arraignment hearing. I will call the Circuit Court Office the first business day after release between 8:00am and 12:00pm for further reporting instructions.

**Judge Decision:**
- [ ] I understand that I am to report to the Release Officer located in the Circuit Court office until I am acquitted or sentenced, or the case is dismissed.
- [ ] Report in person
- [ ] Report by phone
- [ ] Report between (time):_____ and (time):_____ each
- [ ] Business day
- [ ] (Day of the week): _____

- [ ] **State exception:** I understand that after signing a waiver of extradition and providing proof of residence, I am being allowed to reside outside of Oregon at:

- [ ] **Restriction on location:** I understand I am not to go to or enter this premises under any circumstances:

- [ ] **No Contact with Minor Witness:** I understand I am prohibited from any contact with the witnessing minor(s) to my alleged offense unless allowed by order of the court.

- [x] **Other Conditions:** May leave State of Oregon for employment purposes. Will need to sign a waiver of extradition.

2/26/2024 12:54:16 PM

Release Agreement - Page 3