3/11/24, 4:04 PM publicaccess.courts.oregon.gov/PublicAccessLogin/CaseDetail.aspx?CaseID=34276127

Case 6:24-cr-00100-HL    Document 1-7    Filed 03/15/24    Page 1 of 1

Skip to Main Content Logout My Account Search Menu Search Criminal, Traffic and Parking Case Records Refine Search Back    Location: All Locations    Images Help

# REGISTER OF ACTIONS
## CASE NO. 24CR06021

| | | |
|---|---|---|
| State of Oregon vs Ricky Lane Snodgrass | § § § § § § | Case Type: **Offense Misdemeanor**<br>Date Filed: **02/05/2024**<br>Location: **Grant**<br>District Attorney Number: **0010497** |

## PARTY INFORMATION

**Defendant**  Snodgrass, Ricky Lane  DOB: 1982
PO Box 72
Canyon City, OR 97820

Attorneys
**DAVID H ANGELI**
*Retained*
503 954-2232(W)

**MICHELLE HOLMAN KERIN**
*Retained*
503 954-2232(W)

**Plaintiff**  State of Oregon

**Jim Carpenter**
541 575-0146(W)

## CHARGE INFORMATION

| Charges: Snodgrass, Ricky Lane | Statute | Level | Date |
|---|---|---|---|
| 1. Reckless Burning | 164.335 | Misdemeanor Class A | 10/19/2022 |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

02/05/2024 **Indictment**
Created: 02/05/2024 8:18 AM
02/05/2024 **Citation**
Created: 02/05/2024 8:30 AM
02/05/2024 **Notice - Representation**
Created: 02/06/2024 3:12 PM
02/05/2024 **Motion - Continuance**
Reschedule arraign date
Created: 02/06/2024 3:13 PM
02/06/2024 **Notice - Representation**
Created: 02/06/2024 3:13 PM
02/09/2024 **Order - Recusal** (Judicial Officer: Raschio, Robert S )
Signed:  02/09/2024
Created: 02/09/2024 12:59 PM
02/13/2024 **Order** (Judicial Officer: Raschio, Robert S )
accelerate arraignment
Signed:  02/07/2024
Created: 02/13/2024 1:55 PM
02/13/2024 **Waiver - Appearance**
Created: 02/14/2024 9:21 AM
02/16/2024 **Arraignment**  (10:00 AM) (Judicial Officer Landis, Erin)
Grant
Result: Held
Created: 02/13/2024 3:12 PM
02/16/2024 **Arraignment** (Judicial Officer: Landis, Erin )
Stand In atty Michelle Kerin for Defendant
Created: 02/16/2024 9:58 AM
03/04/2024 CANCELED   **Arraignment**  (1:00 PM) (Judicial Officer Raschio, Robert S)
Other
Grant
Created: 02/05/2024 8:27 AM
03/06/2024 **Agreement - Conditional Release**
Reinstated by Judge Landis at arraignment but not signed until 3/6/34.
Created: 03/07/2024 2:45 PM
04/01/2024 **Hearing - Plea**  (8:30 AM) (Judicial Officer Hung, Lung Shu)
Grant - w/ Judge Lung Hung
Created: 02/16/2024 10:24 AM