**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**MICHELLE KERIN**, OSB No. 965278
michelle@angelilaw.com
**AMY E. POTTER**, OSB No. 231794
amy@angelilaw.com
**AMANDA A. THIBEAULT**, OSB No.132913
amanda@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Defendant Ricky Lane Snodgrass*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STATE OF OREGON<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RICKY LANE SNODGRASS<br><br>　　　　Defendant. | Case No. 6:24-cr-00100-HL-1<br><br>**DECLARATION OF AMY E. POTTER IN SUPPORT OF MOTION TO DISMISS** |

I, Amy E. Potter, do hereby declare:

1.　　I am an attorney and am admitted to practice in the United States District Court for the District of Oregon. I represent defendant Ricky Lane Snodgrass in the above-captioned matter.

2.　　Attached hereto as Exhibit A is a true and correct copy of the transcript of the body camera footage from the arrest of Ricky Snodgrass on October 19, 2022. The original audio recording was received in discovery from the Grant County District Attorney's Office.

3.　　Attached hereto as Exhibit B is a true and correct copy of the transcript of the Grant County Grand Jury proceeding that resulted in the indictment of Ricky Snodgrass. The

original audio recording was received in discovery from the Grant County District Attorney's Office.

    4.    Both transcripts have been redacted to remove the names of certain individuals for safety reasons.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746.

Executed this 10th day of May 2024.

                                           *s/ Amy E. Potter*
                                           Amy E. Potter
                                           Attorney for Ricky Snodgrass